UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br>              Plaintiff,<br>   v.<br>HALLMARK SPECIALTY INSURANCE COMPANY et al.,<br>             Defendants. | CASE NO. C23-5482-KKE<br><br>ORDER |

This matter comes before the Court on the parties' joint motion to continue the case schedule. Dkt. No. 19. The parties proposed extending certain case deadlines, including the dispositive motions deadline, without extending the trial date. *Id.* According to the Order Regarding Chambers Procedures in Civil Cases, the Court requires approximately 120 days between the dispositive motions deadline and the trial date. Dkt. No. 18 at 3. The parties' proposed schedule results in fewer than 90 days between the dispositive motions deadline and the trial date. Dkt. No. 19 at 2.

The Court therefore DENIES the parties' joint motion (Dkt. No. 19), subject to re-filing in accordance with the Court's requirement as stated above.

Dated this 18th day of March, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1