# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br>                Plaintiff,<br>    v.<br>HALLMARK SPECIALTY INSURANCE COMPANY et al.,<br>                Defendants. | CASE NO. C23-5482-KKE<br><br>ORDER MODIFYING CASE SCHEDULE |

This matter comes before the Court on the parties' joint motion to modify the case schedule. Dkt. No. 22. While the Court finds that the parties have shown good cause to continue the trial date and related pretrial deadlines, the Court's calendar cannot accommodate the parties' proposed schedule.

Accordingly, the motion is GRANTED IN PART and DENIED IN PART. Dkt. No. 22. Because the Court has found good cause for a continuance, all unexpired case deadlines (Dkt. No. 17) are VACATED. The parties are directed to jointly contact Courtroom Deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov to identify a new trial date. A new case schedule will then be issued in accordance with the Court's standard scheduling order.

Dated this 20th day of March, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER MODIFYING CASE SCHEDULE - 1