The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, a foreign corporation,<br><br>                Plaintiffs,<br>v.<br><br>AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a foreign corporation, and HALLMARK SPECIALTY INSURANCE COMPANY, a foreign corporation,<br>                Defendants. | NO. 3:23-cv-05482-KKE<br><br>**ORDER GRANTING STIPULATED MOTION FOR SETTING DEADLINES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

This matter comes before the Court on the parties' stipulated motion to set deadlines for Cross-Motions for Summary Judgment. Dkt. No. 28. The Court having found that the parties have shown good cause to set deadlines for Cross-Motions for Summary Judgment, the motion is GRANTED. Dkt. No. 28. The schedule for summary judgment briefing is as follows:

| Brief to be filed | Filing Date |
|---|---|
| Plaintiff's Motion for Summary Judgment | June 20, 2024 |
| Defendant's Opposition/Cross-Motion | July 5, 2024 |
| Plaintiff's Opposition/Reply | July 19, 2024 |
| Defendant's Reply | July 26, 2024 |

DATED this 17th day of June, 2024.

Kymberly K. Evanson
United States District Judge

PRESENTED BY:

By: /s/ J. William Ashbaugh
SOHA & LANG, P.S.
Paul Rosner, WSBA No. 37146
Email: rosner@sohalang.com
J. William Ashbaugh, WSBA No. 21692
Email: ashbaugh@sohlang.com
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509

By /s/ David P. Rossmiller
THE CHARTWELL LAW OFFICES, LLP
David P. Rossmiller, WSBA No. 36491
Email: drossmiller@chartwelllaw.com
7700 NE Parkway Drive, Suite 215
Vancouver, WA 98662
Telephone:    (503) 886-8108
Facsimile:    (503) 961-786

ORDER GRANTING STIPULATED MOTION FOR ORDER SETTING DEADLINES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT - 2