The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT TACOMA

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, a foreign corporation,<br><br>                    Plaintiff,<br><br>   vs.<br><br>AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a foreign corporation, and HALLMARK SPECIALTY INSURANCE COMPANY, a foreign corporation<br><br>                    Defendant. | Cause No. 3:23-cv-05482 KKE<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL** |

THIS MATTER comes before the Court on West American Insurance Company's unopposed motion to seal.  The Court has reviewed the motion, as well as the documents proposed to be filed under seal and the remainder of the filings in the court docket.

Therefore, being fully advised, the Court finds compelling reasons support the request to seal Exhibit L of the Declaration of Paul Rosner in Support of West American Insurance

//

//

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL – 1
USDC WD WA/TAC CAUSE NO. 3:23-cv-05482 - KKE

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON  98101-2509
(206) 624-1800/FAX (206) 624-3585

1   Company's Motion for Summary Judgment.  Accordingly, the Court GRANTS the motion to

2   seal in its entirety.

3
           IT IS SO ORDERED.
4

5          DATED this 21st day of June, 2024

6

7                                          _____
                                           Kymberly K. Evanson
8                                          United States District Judge

9

10  Presented by:

11  SOHA & LANG, P.S.

12

13  By:___s/Paul Rosner_____
        Paul Rosner, WSBA # 37146
14      Email address rosner@sohalang.com
        J. William Ashbaugh, WSBA # 21692
15      Email address ashbaugh@sohlang.com
        1325 Fourth Avenue, Suite 940
16      Seattle, WA  98101-2509
        Telephone:  206-624-1800
17      Facsimile:  206-624-3585
        Attorneys for Plaintiff

18

19

20

21

22

23

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL – 2
USDC WD WA/TAC CAUSE NO. 3:23-cv-05482 - KKE

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON  98101-2509
(206) 624-1800/FAX (206) 624-3585