UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br>　　　　　　Plaintiff,<br>　v.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY et al.,<br>　　　　　　Defendant. | CASE NO. C23-5482-KKE<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Defendant Hallmark Specialty Insurance Company's ("Hallmark") motion for extension of time to file a response to Plaintiff West American Insurance Company's ("West") motion for summary judgment (Dkt. No. 32). Dkt. No. 40. Hallmark requests the Court extend the deadline to file their opposition to July 8, 2024. *Id.* at 2. West's motion for summary judgment is noted for July 26, 2024. Dkt. No. 32.

Hallmark's motion is noted for July 26, 2024 (as a 21-day motion), and West does not oppose it. Dkt. No. 41-4 at 2. Because the motion is unopposed, and for the reasons stated in the motion, the Court finds good cause to extend this deadline.

Hallmark's motion (Dkt. No. 40) is GRANTED.

Dated this 8th day of July, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER ON MOTION FOR EXTENSION OF TIME - 1