UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C23-5482-KKE<br><br>ORDER TO PROVIDE SUPPLEMENTAL BRIEFING |

The Court has reviewed the parties' pending cross-motions for summary judgment. Dkt. Nos. 32, 43. To facilitate the Court's resolution of those motions, the Court ORDERS each party to provide a supplemental brief no longer than five pages in length, addressing the following questions, no later than August 23, 2024:

Is there a question of fact as to the cause of Daniel Fernandez's injuries (*i.e.* the negligence of Sea Con, Mako Steel, and/or John Bull Builders) that must be resolved before the Court can determine whether Sea Con is an additional insured under the Hallmark Specialty policy? If so, does this question preclude summary judgment in favor of either party?

Dated this 9th day of August, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge