UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff(s),<br>v.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY,<br><br>    Defendant(s). | CASE NO. C23-5482-KKE<br><br>ORDER STRIKING TRIAL DATE AND DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT |

The Court held a scheduling conference with the parties to discuss the current case schedule and how to resolve the factual disputes identified in the Court's order denying summary judgment. *See* Dkt. No. 58. Although the parties agreed to continue the trial date to allow for supplemental evidentiary submissions, there are open questions about the scope of evidence to be presented and whether additional discovery may be required.

To allow sufficient time for the parties to thoroughly discuss the issue, and to allow the parties to determine what evidence should be presented and whether it is disputed, the Court GRANTS IN PART the parties' stipulated motion to continue the case schedule (Dkt. No. 55) to the extent it strikes the October 21, 2024 trial date, but DENIES it in all other respects without prejudice. The current case schedule (Dkt. No. 24) is VACATED.

ORDER STRIKING TRIAL DATE AND DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT - 1

The parties are ORDERED to meet and confer, and file a joint status report no later than October 28, 2024. The joint status report shall identify the evidence that each party (or the parties jointly) intend to submit and note any disputes as to that evidence. The report shall also describe each party's position as to how to move forward procedurally: whether this evidence should be presented as a supplement to renewed summary judgment motions or at an evidentiary hearing, or whether the evidence should be presented at a bench trial. If any party believes that another option would be preferable, that party shall identify the preferred option in the report.

After the Court has reviewed the parties' joint status report, a new case schedule will be entered.

Dated this 27th day of September, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge