UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br><br>　　　　　Plaintiff(s),<br>　　v.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY et al.,<br><br>　　　　　Defendant(s). | CASE NO. C23-5482-KKE<br><br>ORDER GRANTING LEAVE TO FILE |

　　　The Court previously ordered the parties to meet and confer regarding how to present legal issues for the Court's adjudication, and to file a joint status report no later than October 28, 2024. Dkt. No. 59.  Despite Plaintiff's efforts to meet and confer, Defendant did not participate in that process and Plaintiff filed a timely status report without Defendant's input.  Dkt. Nos. 60, 61.

　　　Plaintiff's status report requests an opportunity to renew its motion for summary judgment, supported with supplemental evidence.  Dkt. No. 60.  The Court grants leave for Plaintiff to renew its summary judgment motion with supplemental evidence, and ORDERS Plaintiff to do so no later than November 8, 2024.  Plaintiff shall note the renewed motion as a 28-day motion under Local Rules W.D. Wash. LCR 7, and the Court will enter a new case schedule accordingly.

　　　Dated this 31st day of October, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING LEAVE TO FILE - 1