UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br><br>     Plaintiff(s),<br><br> v.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY et al.,<br><br>     Defendant(s). | CASE NO. C23-5482-KKE<br><br>ORDER TO MEET AND CONFER |

  The Court previously ordered the parties to, after meeting and conferring, file a three-part joint status report: (1) clarifying who is representing Defendant, (2) advising how to proceed with respect to Plaintiff's summary judgment motion (Dkt. No. 66), and (3) addressing whether any adjustment to the summary judgment briefing or case schedule is warranted.  Dkt. No. 76.

  Instead, the parties filed separate reports, one of which was signed and filed by Plaintiff's counsel and signed by one of Defendant's attorneys, and the second was written and filed by Defendant's other attorney of record (although ostensibly signed by Plaintiff's counsel as well).  Dkt. Nos. 77, 78.  The reports do not clarify who is representing Defendant, which is the most fundamental issue that the Court directed the parties to address.  *See id*.  Instead, the two reports contradict each other on this point.  *Id*.  The Court cannot address the other two scheduling issues without certainty around Defendant's representation.

ORDER TO MEET AND CONFER - 1

Accordingly, the parties are therefore ORDERED to again meet and confer and to file an unequivocal perspective on Defendant's representation in a joint status report filed no later than Monday, December 9, 2024. This report must be accompanied by a declaration from a corporate representative of Defendant, confirming the identity of its counsel. Plaintiff's summary judgment motion (Dkt. No. 66) is STAYED until further order of the Court.

Dated this 6th day of December, 2024.

Kymberly K. Evanson
United States District Judge