UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff(s),<br><br>    v.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY et al.,<br><br>            Defendant(s). | CASE NO. C23-5482-KKE<br><br>ORDER ON THE ISSUE OF DEFENDANT'S REPRESENTATION |

The parties have submitted evidence indicating that Defendant has terminated its attorney-client relationship with David Rossmiller. *See* Dkt. No. 82 ¶¶ 3–4. In light of the evidence supporting this conclusion, the Court ORDERS Mr. Rossmiller to withdraw as an attorney in this case no later than December 11, 2024. The courtroom deputy shall contact the parties to set a status conference to discuss the outstanding issues presented in the parties' joint status report (Dkt. No. 80), specifically the disputes as to trial and briefing schedules.

Dated this 9th day of December, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ON THE ISSUE OF DEFENDANT'S REPRESENTATION - 1