UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br><br>Plaintiff(s),<br>v.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY et al.,<br><br>Defendant(s). | CASE NO. C23-5482-KKE<br><br>ORDER ON REPRESENTATION AND SCHEDULING |

The Court held a status conference on December 19, 2024, to discuss the issues pending in this case. *See* Dkt. No. 88. The Court now enters this order to memorialize the Court's oral rulings:

(1) The Court finds that Mr. Rossmiller has failed to show cause why he should not be terminated as an attorney for Defendant in this matter. *See* Dkt. Nos. 86, 87. Although Mr. Rossmiller has a different understanding about his continuing representation, the declaration of Terry Kelly, a vice president for Defendant, unequivocally states that Mr. Rossmiller does not represent Defendant. *See* Dkt. No. 82. The clerk is directed to TERMINATE Mr. Rossmiller as counsel for Defendant and deactivate his notices of electronic filing in this matter. The Court will not consider any of Mr. Rossmiller's future filings in this case and STRIKES the cross-motion (Dkt. No. 73) previously filed.

ORDER ON REPRESENTATION AND SCHEDULING - 1

(2) The Court finds good cause to extend the case schedule to allow for a cross-motion briefing schedule as to summary judgment. The parties are ORDERED to meet and confer and file a joint status report no later than January 10, 2025, proposing a four-brief schedule and any preferences with respect to a new trial date. The parties' joint status report shall also address the status of Plaintiff's motion to seal (Dkt. No. 64). The unredacted version of the Driscoll declaration (Dkt. No. 69) shall remain under seal at this time.

(3) The clerk is directed to TERMINATE Plaintiff's pending motions (Dkt. Nos. 64, 66), subject to reactivation based on the parties' representations in the forthcoming joint status report.

(4) The current case schedule (Dkt. No. 63) is VACATED and will be reset after the Court reviews the parties' forthcoming joint status report.

Dated this 19th day of December, 2024.

Kymberly K. Evanson
United States District Judge