UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY,<br><br>                  Plaintiff(s),<br>   v.<br><br>HALLMARK SPECIALTY INSURANCE COMPANY et al.,<br><br>                  Defendant(s). | CASE NO. C23-5482-KKE<br><br>ORDER ON CASE SCHEDULING |

The parties filed a joint status report regarding a summary judgment briefing schedule, trial scheduling, and the parties' positions on a previously terminated motion to seal. Dkt. No. 91. The Court ORDERS as follows:

(1) Plaintiff shall file a motion for summary judgment (or reactivate the previously filed motion (Dkt. No. 66)) no later than January 20, 2025. Defendant shall file its cross-motion for summary judgment no later than February 4, 2025. Plaintiff shall file its opposition/reply brief no later than February 18, 2025. Defendant shall file its reply brief no later than February 25, 2025.

ORDER ON CASE SCHEDULING - 1

(2) The clerk shall enter a new case schedule according to the Court's standard offset dates, with a bench trial set for July 14, 2025.

(3) Plaintiff's motion to seal is reactivated and GRANTED (Dkt. No. 64). Exhibit E to the declaration of Brian S. Driscoll (Dkt. No. 69) shall be maintained under seal.

Dated this 13th day of January, 2025.

Kymberly K. Evanson
United States District Judge